| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | |
| MICHAEL SAMUEL ROSIER | * | AG No. 10 September Term, 2023 |
| | * | |

## O R D E R

Upon consideration of the parties' joint petition to suspend the respondent for 30 days, but with the imposition of the suspension stayed in favor of six months' probation, in which respondent agrees that the conduct described in the petition violates Rules 1.4(a)(2), (3), and (b) (communication), 1.5(b) (fees), 1.15(a) (safekeeping property), 1.16(d) (declining and terminating representation), 4.2(a) (communications with persons represented by an attorney), and 8.4(a) and (d) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct, and Maryland Rule 19-407(a)(2)-(4) and (b) (attorney trust account record keeping), it is this 20th day of October 2023, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that Michael Samuel Rosier is suspended for 30 days from the practice of law in the State of Maryland; and it is further

ORDERED that the suspension is stayed in favor of six months of probation under the terms and conditions set forth in the parties' Probation Agreement.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk